**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1179**

NATHAN J. COLODNEY,

              Plaintiff - Appellant,

        v.

KATHLEEN SEBELIUS,

              Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, District Judge.
(1:09-cv-01026-JFM)

Submitted:  July 27, 2010            Decided:  August 4, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Nathan J. Colodney, Appellant Pro Se.   Jason Daniel Medinger,
Assistant  United  States  Attorney,  Baltimore,  Maryland,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathan J. Colodney appeals the district court's order dismissing his employment discrimination complaint against the Department of Health and Human Services. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Colodney v. Sebelius</u>, No. 1:09-cv-01026-JFM (D. Md. filed Dec. 9, 2010, entered Dec. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>